FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 13 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                       Case No. 4:10CV00321 SWW

SAMUEL A. MEAD AND LOLA
MEAD, Husband and Wife; RONALD
E. GADDIE and BARBARA R.
GADDIE, Husband and Wife                                     DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on May 6, 2011. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Pope County, Arkansas, for four consecutive weeks, the last publication being on July 20, 2011, and that the said sale was held at the Pope County Courthouse, Russellville, Arkansas, on August 10, 2011, at 10:00 a.m., in conformity with the judgment of this Court. At such sale Jimmy R. Farish and Miranda R. Farish, husband and wife, bid the sum of $62,000.00, and that being the highest and best bid offered, the property was then sold to Jimmy R. Farish and Miranda R. Farish, husband and wife.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects,

approved by the Court, and the purchase price of $62,000.00, shall be paid to the United States of America, the Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $189.56 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchasers, Jimmy R. Farish and Miranda R. Farish, husband and wife, in possession of the property.

IT IS SO ORDERED THIS 13th DAY OF OCTOBER, 2011.

*[signature]*

SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE