IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

VS.                  Case #4:10CV00321 SWW

SAMUEL A. MEAD AND LOLA
MEAD, Husband and Wife; RONALD
E. GADDIE and BARBARA R.
GADDIE, Husband and Wife                  DEFENDANTS

### ORDER APPROVING MARSHAL'S DEED

On this day Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Jimmy R. Farish and Miranda R. Farish, husband and wife, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Clifton T. Massanelli acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

IT IS SO ORDERED THIS 13th DAY OF OCTOBER, 2011.

SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE