FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 13 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    Case # 4:10CV00321 SWW

SAMUEL A. MEAD AND LOLA
MEAD, Husband and Wife; RONALD
E. GADDIE and BARBARA R.
GADDIE, Husband and Wife                                    DEFENDANTS

## ORDER OF DISTRIBUTION

On August 10, 2011, at 10:00 a.m., at the South front entrance of the Pope County Courthouse, Russellville, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on May 6, 2011. At such sale, Jimmy R. Farish and Miranda R. Farish, husband and wife, were the highest and best bidders for the property, and the property was then sold to the said Jimmy R. Farish and Miranda R. Farish.

The United States Marshal received checks totaling $62,428.12, from Jimmy R. Farish and Miranda R. Farish for payment in full for the property. In accordance with the terms of the judgment entered on May 6, 2011, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Farm Service Agency, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Richard M. Pence, Jr., Assistant United States Attorney by sending copy of same. Expenses incurred for the U.S. Marshal to perform this sale was 189.56. The U.S. Attorney's office expended $849.40 for advertising, filing fees and title work.

IT IS SO ORDERED THIS 13th DAY OF OCTOBER, 2011.

_____
SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE